In the Matter of the Application of ROBERT C. POSKANZER, as Trustee of the Bankrupt Estate of FLORENCE I. REYNOLDS, Respondent, for the Issuance of an Execution, under Section 1391 of the Code of Civil Procedure of the State of New York, against the Income from Certain Trust Funds of Said FLORENCE I. REYNOLDS, in the Hands of CHARLES C. BULLOCK, JR., as Trustee under the Last Will and Testament of MATTHEW H. BENDER, Deceased, Appellant, and Funds to Come into His Hands under Said Will.— Order affirmed, with ten dollars costs and disbursements, on the opinion of Nicholls, J., at Special Term (Reported in 101 Misc. Rep. 100). All concurred, except Kellogg, P. J., and Lyon, J., dissenting.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claims of GEORGE W. SWART and JANE SWART, Respondents, for Compensation under the Workmen's Compensation Law, for the Injury and Death of GEORGE W. SWART, v. TOWN OF SHELBY, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award reversed upon the ground that the failure to serve notice was not properly excused; and matter remitted to the Commission for further action. All concurred, except Lyon and Sewell, JJ., dissenting.

In the Matter of the Estate of F. AUGUSTUS HEINZE, Deceased. In the Matter of the Application of WALTER A. FULLERTON, as Administrator, to Recover Possession of Certain Stock of CONSOLIDATED WEST DOME MINES, LTD. EMPIRE KAOLIN COMPANY, Appellant; WALTER A. FULLERTON, as Administrator, etc., and Others, Respondents.— Decree reversed, and proceeding dismissed, with separate costs to each appellant, on the opinion of Woodward, J., in *Matter of Heinze* (179 App. Div. 453; 165 N. Y. Supp. 1017). All concurred.

In the Matter of the Construction of the Will of JULIA A. BRONSON, Deceased. GEORGE L. MERRITT, Individually and as Executor, etc., of JULIA A. BRONSON, Deceased, and EDITH GILES, Appellants; C. WILLIS BRONSON, Respondent.— Decree unanimously affirmed, with costs to be paid by the appellants personally.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of LIZZIE GARDNER, Respondent, for Compensation to Herself and Children under the Workmen's Compensation Law, for the Death of EMMETT M. GARDNER, v. HORSEHEADS CONSTRUCTION COMPANY, Employer, and MARYLAND CASUALTY COMPANY, Insurance Carrier, Appellants.— Award affirmed. All concurred, except Woodward, J., dissenting.

FRANK OKONSKI, Respondent, v. SCHENECTADY RAILWAY COMPANY, Appellant.— Motion denied.